Tatum2
PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Madden, Derrick**                                      Docket No. **03-00423-001**

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER **Mertice Evans**, presenting an official report upon the conduct of defendant **Derrick Madden**, who was placed under pretrial release supervision by **Your Honor** sitting in the Court at Newark, New Jersey, on July 8, 2003, under the following conditions:

1.) $100,000 Unsecured Appearance Bond;
2.) Pretrial Services supervision as directed;
3.) Travel restricted to New Jersey and New York;
4.) Surrender passport and do not apply for a new passport;
5.) The defendant is not to change residence without notifying Pretrial Services;
6.) The defendant's mother, Deidre Baker, is to serve as a third party custodian.

The defendant is currently pending sentencing without a court date.

Respectfully presenting petition for action of Court and for cause as follows:

### See Attached Memorandum

PRAYING THAT THE COURT WILL ORDER **THAT A BAIL VIOLATION HEARING BE SCHEDULED**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Considered and ordered this 25th day of February, 2009 and ordered filed and made a part of the records in the above case.

_____
Honorable Katharine S. Hayden
U.S. District Judge

Executed on

_____
Mertice Evans
U.S. Pretrial Services Officer

_____
Sandra L. Bravo
Supervisory U.S. Pretrial Services Officer

\* Hearing on defendant's violation is scheduled for 3/24/09 at 10:00 a.m.