UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America
      Plaintiff,

v.

Derrick Madden

      Defendant.

Cr. No. 03-423 (KSH)

O R D E R

This matter having come before the Court on a violation of supervised release hearing, David Malagold, AUSA appearing on behalf of the government, Roy Greenman, appearing on behalf of the defendant, and Metrice Evans, USPO on behalf of Pretrial; and the Court having found defendant Madden guilty of violating conditions of supervised release; and

For good cause shown;

It is this 1st day of April, 2009,

ORDERED that defendants supervised release is hereby **REVOKED**; and its further

ORDERED the defendant is hereby committed to the custody of the United States Marshal Service pending sentencing.

                                        KATHARINE S. HAYDEN, U.S.D.J.